THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HARDY, Appellant. [852 NYS2d 848]—

Since the defendant had already been released on parole in connection with his 1996 conviction when he moved for

resentencing pursuant to the Drug Law Reform Act of 2005 (L 2005, ch 643), he was no longer eligible for resentencing, and the court could therefore properly deny the motion without first holding a hearing (*see People v McCurdy*, 46 AD3d 843 [2007], *lv dismissed* 9 NY3d 1036 [2008]; *People v Corley*, 45 AD3d 857 [2007]). Rivera, J.P., Lifson, Miller, Carni and Eng, JJ., concur.